RECEIVED & FILED
'00 MAR -2 AM 7: 49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS,
et al.,

    Plaintiffs,

v.                                CIVIL NO. 98-2146 (RLA)

BAXTER HEALTHCARE CORPORATION
OF PUERTO RICO, INC.,
et al.,

    Defendants.

---

### ORDER FOR ANTI-DISCRIMINATION UNIT TO PRODUCE DOCUMENTS

The parties having shown cause, their Joint Motion Requesting Writ of Production of Documents, filed on February 23, 2000 (docket No. **26**) is hereby **GRANTED**.

Accordingly, MR. MIGUEL REYES, Records Custodian of the Anti-Discrimination Unit of the P.R. Department of Labor, is hereby ORDERED to reproduce the complete files of the individuals whose names appear listed as **APPENDIX A** hereto and deliver copy thereof to the following counsel of record **no later than March 31, 2000**:

    CHARLES HEY-MAESTRE, ESQ.
    1060 Calle Borinqueña Esq. González
    Cond. Santa Rita, Ofic. C-8
    San Juan, PR 00925

    Tel. 758-8950

    PEDRO J. MANZANO-YATES, ESQ.
    Fiddler, González & Rodríguez, LLP
    Hato Rey, PR 00918

    Tel. 759-3240

Each party shall bear all reproduction and related expenses which will be paid upon delivery of the documents.

Defendants shall cause this Order to be served forthwith upon the Custodian of Records.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of March, 2000.

```
                                    RAYMOND L. ACOSTA
                                    United States District Judge
```

| ID | Name | Entity | Ref |
|---|---|---|---|
| uad970574c | Yo Candelario Y Otros | Baxter Healthcare Co | 16H980040 |
| uad970575c | Ca Maldonado Y Otros | Baxter Healthcare Co | 16H980041 |
| uad970576c | Ro M Roman Y Otros | Baxter Healthcare Co | 16H980042 |
| uad970577c | Hi Velez Y Otros | Baxter Healthcare Co | 16H980043 |
| uad970578c | Ru Reyes | Baxter Healthcare Co | 16H980044 |
| uad970579c | Gl Madera | Baxter Healthcare Co | 16H980045 |
| uad970580c | Do Machado | Baxter Healthcare Co | 16H980046 |
| uad970581c | Pe Torres | Baxter Healthcare Co | 16H980047 |
| uad970582c | Ro Ramos | Baxter Healthcare Co | 16H980048 |
| uad970583c | Hu Del Valle | Baxter Healthcare Co | 16H980049 |
| uad970584c | An Abreu | Baxter Healthcare Co | 16H980050 |
| uad970585c | El Romero | Baxter Healthcare Co | 16H980051 |
| uad970586c | Ai S Rosado | Baxter Healthcare Co | 16H980052 |
| uad970587c | Ma L Rivera | Baxter Healthcare Co | 16H980053 |
| uad970588c | Ed Aristud | Baxter Healthcare Co | 16H980054 |
| uad970589c | Ef Martinez | Baxter Healthcare Co | 16H980055 |
| uad970590c | Jo A Carrasquillo | Baxter Healthcare Co | 16H980056 |
| uad970591c | Gl Hernandez | Baxter Healthcare Co | 16H980057 |
| uad970592c | Gl E Hernandez | Baxter Healthcare Co | 16H980058 |
| uad970593c | Ir Otero | Baxter Healthcare Co | 16H980059 |
| uad970594c | Lu A Albelo | Baxter Healthcare Co | 16H980060 |
| uad970595c | Hi R Ortiz | Baxter Healthcare Co | 16H980061 |
| uad970596c | El Rivera | Baxter Healthcare Co | 16H980062 |
| uad970597c | Lu E Perez | Baxter Healthcare Co | 16H980063 |
| uad970598c | Ai L Mangual | Baxter Healthcare Co | 16H980064 |
| uad970599c | Ni M Diaz | Baxter Healthcare Co | 16H980065 |
| uad970600c | In Claas | Baxter Healthcare Co | 16H980066 |
| uad970601c | Ca Just | Baxter Healthcare Co | 16H980067 |
| uad970602c | Ef Serrano | Baxter Healthcare Co | 16H980068 |
| uad970603c | Da Rivera | Baxter Healthcare Co | 16H980069 |
| uad970604c | Ma Cordero | Baxter Healthcare Co | 16H980070 |
| uad970605c | Na Valentin | Baxter Healthcare Co | 16H980071 |
| uad970606c | La Rivera | Baxter Healthcare Co | 16H980072 |
| uad970607c | Sa Rivera | Baxter Healthcare Co | 16H980073 |
| uad970608c | No Silva Crespo | Baxter Healthcare Co | 16H980074 |
| uad970609c | Gl Gordon | Baxter Healthcare Co | 16H980075 |
| uad970610c | El Maldonado | Baxter Healthcare Co | 16H980076 |
| uad970611c | Ca Montanez | Baxter Healthcare Co | 16H980077 |
| uad970612c | Gl E Rohena | Baxter Healthcare Co | 16H980078 |
| uad970613c | Ed I Vales | Baxter Healthcare Co | 16H980079 |
| uad970615c | Ro Perez | Baxter Healthcare Co | 16H980081 |
| uad970616c | My Solis | Baxter Healthcare Co | 16H980082 |
| uad970617c | Gr Fernandez | Baxter Healthcare Co | 16H980083 |
| uad970618c | Ca Guzman | Baxter Healthcare Co | 16H980084 |
| uad970619c | Mi Matos | Baxter Healthcare Co | 16H980085 |
| uad970620c | So Jimenez | Baxter Healthcare Co | 16H980086 |
| uad970621c | Es Mendez | Baxter Healthcare Co | 16H980087 |
| uad970622c | Ad M Arroyo | Baxter Healthcare Co | 16H980088 |
| uad970623c | Ze Arbona | Baxter Healthcare Co | 16H980089 |
| uad970624c | Ma Sanchez | Baxter Healthcare Co | 16H980090 |
| uad970625c | Ma Morales | Baxter Healthcare Co | 16H980091 |
| uad970626c | Ni Santiago | Baxter Healthcare Co | 16H980092 |
| uad970627c | Do Otero | Baxter Healthcare Co | 16H980093 |
| uad970628c | Jo Saldana | Baxter Healthcare Co | 16H980094 |
| uad970629c | Ca Vega | Baxter Healthcare Co | 16H980095 |
| uad970630c | Be Padilla | Baxter Healthcare Co | 16H980096 |
| uad970633c | El Robles | Baxter Healthcare Co | 16H980099 |
| uad970634c | Co Reyes | Baxter Healthcare Co | 16H980100 |
| uad970635c | Ir Ocasio | Baxter Healthcare Co | 16H980101 |
| uad970636c | Do E Lopez | Baxter Healthcare Co | 16H980102 |
| uad970637c | Lu Valentin | Baxter Healthcare Co | 16H980103 |
| uad970638c | Ni Vega | Baxter Healthcare Co | 16H980104 |
| uad970639c | Ma Merced | Baxter Healthcare Co | 16H980105 |
| uad970640c | Be Baez | Baxter Healthcare Co | 16H980106 |
| uad970641c | Ma Arroyo | Baxter Healthcare Co | 16H980107 |
| uad970642c | No I Ramirez | Baxter Healthcare Co | 16H980108 |
| uad970643c | Na Santiago | Baxter Healthcare Co | 16H980109 |
| uad970644c | Ca Marrero | Baxter Healthcare Co | 16H980110 |
| uad970645c | Ni Rodriguez | Baxter Healthcare Co | 16H980111 |
| uad970646c | Vi Perez | Baxter Healthcare Co | 16H980112 |
| uad970647c | Ju A Fargas | Baxter Healthcare Co | 16H980113 |
| uad970648c | Ju A Rivera | Baxter Healthcare Co | 16H980114 |
| uad970649c | Cr Fernandez | Baxter Healthcare Co | 16H980115 |
| uad970650c | Ny Rodriguez | Baxter Healthcare Co | 16H980116 |
| uad970651c | Ca Carreras | Baxter Healthcare Co | 16H980117 |
| uad970652c | Gl Figueroa | Baxter Healthcare Co | 16H980118 |
| uad970653c | No Concepcion | Baxter Healthcare Co | 16H980119 |
| uad970654c | My Rodriguez | Baxter Healthcare Co | 16H980120 |
| uad970655c | Ju Betancourt | Baxter Healthcare Co | 16H980121 |
| uad970656c | Lu A Andino | Baxter Healthcare Co | 16H980122 |
| uad970657c | Sa Perez | Baxter Healthcare Co | 16H980123 |
| uad970658c | Fr Montanez | Baxter Healthcare Co | 16H980124 |
| uad970659c | Ju Matos | Baxter Healthcare Co | 16H980125 |
| uad970660c | To Panet | Baxter Healthcare Co | 16H980126 |
| uad970661c | Lo Montanez | Baxter Healthcare Co | 16H980127 |
| uad970662c | Lu Garcia | Baxter Healthcare Co | 16H980128 |
| uad970663c | Ab E Garayua | Baxter Healthcare Co | 16H980129 |

| ID | Name | Company | Ref |
|---|---|---|---|
| uad970664c | Ju A Gonzalez | Baxter Healthcare Co | 16H980130 |
| uad970665c | Gl Rodriguez | Baxter Healthcare Co | 16H980131 |
| uad970666c | Al Garcia | Baxter Healthcare Co | 16H980132 |
| uad970667c | Ro M Carrasquillo | Baxter Healthcare Co | 16H980133 |
| uad970668c | Ju Salgado | Baxter Healthcare Co | 16H980134 |
| uad970669c | Gl Barreto | Baxter Healthcare Co | 16H980135 |
| uad970670c | Cl Quinones | Baxter Healthcare Co | 16H980136 |
| uad970671c | He L Carrasquillo | Baxter Healthcare Co | 16H980137 |
| uad970672c | Mi Ortiz | Baxter Healthcare Co | 16H980138 |
| uad970673c | An Santos | Baxter Healthcare Co | 16H980139 |
| uad970674c | Ly Salas | Baxter Healthcare Co | 16H980140 |
| uad970675c | La Gonzalez | Baxter Healthcare Co | 16H980141 |
| uad970676c | Ha Del Valle | Baxter Healthcare Co | 16H980142 |
| uad970677c | Ma Marin | Baxter Healthcare Co | 16H980143 |
| uad970678c | Ra Martinez | Baxter Healthcare Co | 16H980144 |
| uad970679c | Jo L Garcia | Baxter Healthcare Co | 16H980145 |
| uad970680c | Hi Quinones | Baxter Healthcare Co | 16H980146 |
| uad970681c | Ra Laborde | Baxter Healthcare Co | 16H980147 |
| uad970682c | Ma Serrano | Baxter Healthcare Co | 16H980148 |
| uad970683c | Ju Pagan | Baxter Healthcare Co | 16H980149 |
| uad970684c | Jo Ramirez | Baxter Healthcare Co | 16H980150 |
| uad970685c | Sa Gutierrez | Baxter Healthcare Co | 16H980151 |
| uad970686c | Jo E Toste | Baxter Healthcare Co | 16H980152 |
| uad970687c | Ed Sanchez | Baxter Healthcare Co | 16H980153 |
| uad970688c | Ma Millan | Baxter Healthcare Co | 16H980154 |
| uad970689c | Ru Claudio | Baxter Healthcare Co | 16H980155 |
| uad970703c | Sy Martinez | Baxter Healthcare Co | 16H980251 |
| uad970704c | Li Molina | Baxter Healthcare Co | 16H980252 |
| uad970705c | Jo O Calzada | Baxter Healthcare Co | 16H980254 |
| uad970706c | Ma Colon | Baxter Healthcare Co | 16H980255 |
| uad970707c | Gl Falu | Baxter Healthcare Co | 16H980256 |
| uad970708c | Di M Berrios | Baxter Healthcare Co | 16H980257 |
| uad970709c | Ca L Vega | Baxter Healthcare Co | 16H980258 |
| uad970710c | Ju Berrios | Baxter Healthcare Co | 16H980259 |
| uad970711c | Lu J Mendez | Baxter Healthcare Co | 16H980260 |
| uad970713c | Jo Betancourt | Baxter Healthcare Co | 16H980262 |
| uad970714c | Yo Cancel | Baxter Healthcare Co | 16H980263 |
| uad970715c | Ju Morales | Baxter Healthcare Co | 16H980264 |
| uad970716c | Ju Calderon | Baxter Healthcare Co | 16H980265 |
| uad970717c | Em Rodriguez | Baxter Healthcare Co | 16H980266 |
| uad970718c | Lo M Merced | Baxter Healthcare Co | 16H980267 |
| uad970719c | Lu N Mercado | Baxter Healthcare Co | 16H980268 |
| uad970720c | So Rodriguez | Baxter Healthcare Co | 16H980269 |
| uad970721c | Ma Riviel | Baxter Healthcare Co | 16H980270 |
| uad970722c | Ni Rodriguez | Baxter Healthcare Co | 16H980271 |
| uad970723c | Ju E Hernandez | Baxter Healthcare Co | 16H980272 |
| uad970724c | Ca Palmer | Baxter Healthcare Co | 16H980273 |
| uad970725c | Ca M Rios | Baxter Healthcare Co | 16H980274 |
| uad970726c | Ca L Matos | Baxter Healthcare Co | 16H980275 |
| uad970727c | Ca Camacho | Baxter Healthcare Co | 16H980276 |
| uad970728c | Ca L Alvarez | Baxter Healthcare Co | 16H980277 |
| uad970729c | El Borrero | Baxter Healthcare Co | 16H980278 |
| uad970730c | An Rotger | Baxter Healthcare Co | 16H980280 |
| uad970732c | Hi Aldea | Baxter Healthcare Co | 16H980281 |
| uad970733c | My Rodriguez | Baxter Healthcare Co | 16H980282 |
| uad970734c | Gu Santos | Baxter Healthcare Co | 16H980283 |
| uad970735c | No I Velazquez | Baxter Healthcare Co | 16H980284 |
| uad970736c | Ca L Quinones | Baxter Healthcare Co | 16H980285 |
| uad970737c | Ar Reyes | Baxter Healthcare Co | 16H980286 |
| uad970738c | Fr Estrada | Baxter Healthcare Co | 16H980287 |
| uad970739c | Os Castillo | Baxter Healthcare Co | 16H980288 |
| uad970740c | Ma E Rivera | Baxter Healthcare Co | 16H980289 |
| uad970741c | Ad M Hernandez | Baxter Healthcare Co | 16H980290 |
| uad970742c | Ju Rios | Baxter Healthcare Co | 16H980291 |
| uad970743c | Ar Rosario | Baxter Healthcare Co | 16H980292 |
| uad970744c | Jo A Navarro | Baxter Healthcare Co | 16H980293 |
| uad970745c | So Rivera | Baxter Healthcare Co | 16H980294 |
| uad970746c | Vi M Rivera | Baxter Healthcare Co | 16H980295 |
| uad970747c | Jo R Torres | Baxter Healthcare Co | 16H980296 |
| uad970749c | Em Gonzales | Baxter Healthcare Co | 16H980298 |
| uad970750c | Ca Marquez | Baxter Healthcare Co | 16H980299 |
| uad970751c | Jo Del Hoyo | Baxter Healthcare Co | 16H980300 |
| uad970752c | Lu M Lebron | Baxter Healthcare Co | 16H980301 |
| uad970753c | Gu Ferrer | Baxter Healthcare Co | 16H980302 |
| uad970754c | Wa Rodriguez | Baxter Healthcare Co | 16H980303 |
| uad970755c | Vi Pagan | Baxter Healthcare Co | 16H980304 |
| uad970756c | Ca Martinez | Baxter Healthcare Co | 16H980305 |
| uad970757c | Cr D Martinez | Baxter Healthcare Co | 16H980306 |
| uad970758c | My M Vazquez | Baxter Healthcare Co | 16H980307 |
| uad970759c | Ne Carmona | Baxter Healthcare Co | 16H980308 |
| uad970760c | Mi Vizcarrondo | Baxter Healthcare Co | 16H980309 |
| uad970761c | Ce Lopez | Baxter Healthcare Co | 16H980310 |
| uad970762c | Jo A Suarez | Baxter Healthcare Co | 16H980311 |

| ID | Name | Company | Code |
|---|---|---|---|
| uad970763c | Ol Correa | Baxter Healthcare Co | 16H980312 |
| uad970764c | My Rodriguez | Baxter Healthcare Co | 16H980313 |
| uad970765c | An Torres | Baxter Healthcare Co | 16H980314 |
| uad970766c | Ma Febo | Baxter Healthcare Co | 16H980315 |
| uad970767c | Ca Guadalupe | Baxter Healthcare Co | 16H980316 |
| uad970768c | Ro Rivera | Baxter Healthcare Co | 16H980317 |
| uad970769c | Ma M Rosa | Baxter Healthcare Co | 16H980318 |
| uad970770c | El Lopez | Baxter Healthcare Co | 16H980319 |
| uad970771c | Ju Pagan | Baxter Healthcare Co | 16H980320 |
| uad970772c | Eu Alfonso | Baxter Healthcare Co | 16H980321 |
| uad970773c | Fr Guzman | Baxter Healthcare Co | 16H980322 |
| uad970774c | Ne Ramos | Baxter Healthcare Co | 16H980323 |
| uad970775c | Ca Pizarro | Baxter Healthcare Co | 16H980324 |
| uad970776c | Br Grullon | Baxter Healthcare Co | 16H980325 |
| uad970777c | Jo M Oquendo | Baxter Healthcare Co | 16H980326 |
| uad970778c | Ma Castro | Baxter Healthcare Co | 16H980327 |
| uad970779c | Ma Correa | Baxter Healthcare Co | 16H980328 |
| uad970780c | Ma A Melo | Baxter Healthcare Co | 16H980329 |
| uad970781c | Es Santos | Baxter Healthcare Co | 16H980330 |
| uad970782c | No Marcano | Baxter Healthcare Co | 16H980331 |
| uad970783c | Ca Vazquez | Baxter Healthcare Co | 16H980332 |
| uad970784c | Ny Ramos | Baxter Healthcare Co | 16H980333 |
| uad970785c | Mo Valentin | Baxter Healthcare Co | 16H980334 |
| uad970786c | Ro Domenech | Baxter Healthcare Co | 16H980335 |
| uad970787c | Ma Diaz | Baxter Healthcare Co | 16H980336 |
| uad970788c | Pu Oliver | Baxter Healthcare Co | 16H980337 |
| uad970789c | De Lebron | Baxter Healthcare Co | 16H980338 |
| uad970790c | El Ortiz | Baxter Healthcare Co | 16H980339 |
| uad970791c | Ma A Sanchez | Baxter Healthcare Co | 16H980340 |
| uad970792c | Lu Fuentes | Baxter Healthcare Co | 16H980341 |
| uad970793c | Da Santiago | Baxter Healthcare Co | 16H980342 |
| uad970794c | Yo Ortiz | Baxter Healthcare Co | 16H980343 |
| uad970795c | Wn Rodriguez | Baxter Healthcare Co | 16H980344 |
| uad970796c | Si Muniz | Baxter Healthcare Co | 16H980345 |
| uad970797c | Ad Algarin | Baxter Healthcare Co | 16H980346 |
| uad970798c | Jo A Romero | Baxter Healthcare Co | 16H980347 |
| uad970799c | Ca M Lopez | Baxter Healthcare Co | 16H980348 |
| uad970800c | An Molina | Baxter Healthcare Co | 16H980349 |
| uad970801c | Ro Perez | Baxter Healthcare Co | 16H980350 |
| uad970802c | Is Rodriguez | Baxter Healthcare Co | 16H980351 |
| uad970803c | En Hernandez | Baxter Healthcare Co | 16H980352 |
| uad970804c | Jo Nieves | Baxter Healthcare Co | 16H980353 |
| uad970806c | Is Melendez | Baxter Healthcare Co | 16H980355 |
| uad970807c | Ro Rodriguez | Baxter Healthcare Co | 16H980356 |
| uad970808c | Jo L Padro | Baxter Healthcare Co | 16H980357 |
| uad970809c | Da Pinero | Baxter Healthcare Co | 16H980358 |
| uad970810c | Je Castillo | Baxter Healthcare Co | 16H980359 |
| uad970811c | Al L Perez | Baxter Healthcare Co | 16H980360 |
| uad970812c | Lu De Leon | Baxter Healthcare Co | 16H980361 |
| uad970813c | Ca Velazquez | Baxter Healthcare Co | 16H980362 |
| uad970814c | Ob P Rivera | Baxter Healthcare Co | 16H980363 |
| uad970815c | Ka Ojeda | Baxter Healthcare Co | 16H980364 |
| uad970816c | Lo A Ortiz | Baxter Healthcare Co | 16H980365 |
| uad970817c | Ro Vazquez | Baxter Healthcare Co | 16H980366 |
| uad970818c | As L Santana | Baxter Healthcare Co | 16H980367 |
| uad970819c | Hi E Porrata | Baxter Healthcare Co | 16H980368 |
| uad970820c | Fr Fernandez | Baxter Healthcare Co | 16H980369 |
| uad970821c | Ca Flores | Baxter Healthcare Co | 16H980370 |

Anejo
Pág. 3 de