UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



YOLANDA CANDELARIO RAMOS

V.                         CIVIL NO. 98-2146 (RLA)

BAXTER HEALTHCARE CORP. OF P.R.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 9/22/2000 **Docket #** 28 [X] **Plff.** **Title:** MOTION REQUESTING ENLARGEMENT OF TIME TO OPPOSE REQUEST FOR SUMMARY JUDGMENT | GRANTED until October 16, 2000. |

October 4 2000          RAYMOND L. ACOSTA
   Date                 U.S. District Judge

Rec'd:          EOD:

By: ⎯⎯ # 29