UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS

V.                          CIVIL NO. 98-2146 (RLA)

BAXTER HEALTHCARE CORP. OF P.R.

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/19/00  Docket # 30 <br><br>[X] **Plffs.** <br><br>Title: NOTICE OF SERVICE OF MOTION AND MEMORANDUM IN OPPOSITION TO SUMMARY JUDGMENT | NOTED. |

| MOTION | RULING |
|---|---|
| Date Filed: 10/26/00  Docket # 31 <br><br>[X] **BAXTER HEALTHCARE CORP. OF P.R.** <br><br>Title: MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF | GRANTED UNTIL OCTOBER 31, 2000. |

November 2000          RAYMOND L. ACOSTA
Date                    U.S. District Judge

Rec'd:            EOD:

By: ν # 32

