## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS

V.                                   CIVIL NO. 98-2146 (RLA)

BAXTER HEALTHCARE CORP. OF P.R.

RECEIVED AND F
CLER... U.S. ...
US DISTRICT CO...
OLD SAN JUAN...
2000 DEC 21  AM 11:18

### O R D E R

| MOTION | RULING |
|---|---|
| **Date**<br>**Filed:** 12/13/00  **Docket # 36**<br><br>[X] **Plffs.**<br><br>**Title:** MOTION REQUESTING ADDITIONAL TIME TO FILE SURREPLY | **GRANTED until December 21, 2000.** |

December 20 2000
**Date**

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: yk  # 37 | |

6