UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS
et al.,

V.   CIVIL NO. 98-2146 (RLA)

BAXTER HEALTHCARE CORPORATION
OF PUERTO RICO, INC., et al.

O R D E R

| MOTION | RULING |
|---|---|
| Filed: 12/21/00   Docket # 38 | GRANTED as requested until December 29, 2000. |

[X] Plaintiffs

Title: Further Motion
Requesting Additional Time
to File Surreply

December 27, 2000           RAYMOND L. ACOSTA
Date                        U.S. District Judge

Rec'd:        EOD:

By: _____  #39