## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS

V.                                   CIVIL NO. 98-2146 (RLA)

BAXTER HEALTHCARE CORP. OF P.R.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 1/3/01  **Docket # 40**  <br><br>[X] **Plffs.** <br><br>**Title:** NOTICE OF SERVICE OF SURREPLY IN OPPOSITION TO REPLY MEMORANDUM FOR SUMMARY JUDGMENT | **NOTED.** |

January 9 2001
**Date**

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: yr  # 46 | |

6