UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS

V.   CIVIL NO. 98-2146 (RLA)

BAXTER HEALTHCARE CORP. OF P.R.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/1/02   **Docket #** 51<br><br>[X] **Plffs.**<br><br>**Title:** INFORMATIVE MOTION REGARDING DEATHS OF PLAINTIFFS, REQUESTING TIME TO SUBSTITUTE PARTIES... | **GRANTED until December 2, 2002** for substitution of deceased plaintiffs pursuant to Rule 25 Fed. R. Civ. P. |

November 7, 2002
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: /r # 52