IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS,
et al.,

    Plaintiffs,

v.

BAXTER HEALTHCARE CORPORATION
OF PUERTO RICO, INC., et al.,

    Defendants.

CIVIL NO. 98-2146 (RLA)

## JUDGMENT

The Court having dismissed the complaint filed in this case through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of April, 2003.

RAYMOND L. ACOSTA
United States District Judge