UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS

V.  CIVIL NO. 98-2146 (RLA)

BAXTER HEALTHCARE CORP. OF P.R.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 4/24/03   **Docket # 57**<br><br>[X] **Dft.**<br><br>**Title:** NOTICE OF APPEARANCE [JUAN CARLOS PEREZ OTERO, ESQ.] | BY ORDER OF HON. RAYMOND L. ACOSTA:<br><br>**GRANTED.** |

April     2003              FRANCES RIOS DE MORAN
   **Date**                    Clerk of the Court

                            By: /s/ Rivera-Burgos
                                   Deputy Clerk

| Rec'd: | EOD: |
|---|---|
| By: | # |


