UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals for the Federal Circuit</u>

DATE:   May 29, 2003

DC #:   98-2146 (RLA)

APPEAL FEE PAID:         YES  X    NO ____

CASE CAPTION:            Yolanda Candelario-Ramos    v.    Baxter Healthcare Corp.

IN FORMA PAUPERIS:       YES ____   NO  X

MOTIONS PENDING:         YES  X    NO ____

NOTICE OF APPEAL FILED BY:    Plaintiffs

APPEAL FROM:             Judgment entered on 04/03/03

SPECIAL COMMENTS:        Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries  1-60 | I |
| Docket Entries  42-45 (separate binder) | II |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk