UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS

V.   CIVIL NO. 98-2146 (RLA)

BAXTER HEALTHCARE CORP. OF P.R.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 6/4/03   **Docket # 63**<br><br>[X] **Plffs.**<br><br>**Title:** MOTION TO STAY CONSIDERATION OF DEFENDANTS' REQUEST FOR ATTORNEY FEES OR FOR EXTENSION OF TIME TO OPPOSE | BY ORDER OF HON. RAYMOND L. ACOSTA:<br><br>**GRANTED until August 1, 2003** to file opposition. |

June 12 2003         FRANCES RIOS DE MORAN
   **Date**              Clerk of the Court

                    By: _____
                          Deputy Clerk

| Rec'd: | EOD: |
|---|---|
| By: | # |

s/c Appeals Clerk