IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2003 OCT -3 AM 7:35

CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN PR

YOLANDA CANDELARIO RAMOS,
et al.,

    Plaintiffs,

    v.

BAXTER HEALTHCARE CORPORATION
OF PUERTO RICO, INC., et al.,

    Defendants.

CIVIL NO. 98-2146 (RLA)

## ORDER STAYING CONSIDERATION OF ATTORNEY FEE PETITION

Absent opposition, plaintiffs' Motion to Stay Consideration of Defendants' Request for Attorney Fees... (docket No. **63**) is **GRANTED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of October, 2003.

RAYMOND L. ACOSTA
United States District Judge