# United States Court of Appeals
## For the First Circuit

No. 03-1774

**MANDATE**

98-02146
USDC / PR
Judge Acosta

YOLANDA CANDELARIO-RAMOS, ET AL.,

Plaintiffs, Appellants,

v.

BAXTER HEALTHCARE CORPORATION OF PUERTO RICO, INC., ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: March 8, 2004

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By The Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: APR 27 2004

MARK R. SYSKA

Mark R. Syska, Chief Deputy Clerk

[cc: Mr. Hey-Maestre and Mr. Alamuddin.]