IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS, et al.,

    Plaintiffs,

    v.

BAXTER HEALTHCARE CORPORATION OF PUERTO RICO, INC., et al.,

    Defendants.

CIVIL NO. 98-2146 (RLA)

**ORDER SETTING DEADLINE FOR RESPONSE TO ATTORNEY FEE PETITION**

It appearing that the appellate proceedings have concluded, our Order Staying Consideration of Attorney Fee Petition (docket No. 65) is hereby **VACATED AND SET ASIDE**.

Plaintiffs shall respond to Defendant' Motion for Attorney Fees (docket No. 60) **on or before December 1, 2004.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19th day of October, 2004.

                                      S/Raymond L. Acosta
                                      RAYMOND L. ACOSTA
                                 United States District Judge