IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA CANDELARIO RAMOS,
et al.,

    Plaintiffs,

    v.

BAXTER HEALTHCARE CORPORATION
OF PUERTO RICO, INC., et al.,

    Defendants.

CIVIL  NO. 98-2146 (RLA)

### ORDER DENYING ATTORNEY FEE PETITION

Defendant's Motion for Attorneys Fees (docket No. **60**) is **DENIED** based on the arguments presented by plaintiffs in their Opposition (docket No. **72**) which are incorporated herein in *extenso.*

IT IS SO ORDERED.

San Juan, Puerto Rico, this 27th day of April, 2005.

                        S/Raymond L. Acosta
                        RAYMOND L. ACOSTA
              United States District Judge